No. 02–1324.  LOCKSLEY v. FRIED, FRANK, HARRIS, SHRIVER & JACOBSON ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–1325.  KELLY v. MEDICAL COLLEGE OF OHIO ET AL. C. A. 6th Cir.  Certiorari denied.  ▮▮▮▮▮▮

No. 02–1327.  PIRELLI ARMSTRONG TIRE CORP. v. JAMES ET AL. C. A. 6th Cir.  Certiorari denied.  ▮▮▮▮▮

No. 02–1328.  WARREN HILLS REGIONAL BOARD OF EDUCATION ET AL. v. SYPNIEWSKI ET AL.  C. A. 3d Cir.  Certiorari denied.  ▮▮▮▮▮

No. 02–1332.  WILKINS v. JAKEWAY ET AL.  C. A. 6th Cir. Certiorari denied.  ▮▮▮▮▮

No. 02–1333.  WAXMAN ET UX., AS PARENTS AND NATURAL GUARDIANS OF WAXMAN, A MINOR, ET AL. v. ROSLYN UNION FREE SCHOOL DISTRICT.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.  ▮▮▮▮▮

No. 02–1335.  JEFFERSON SMURFIT CORP. v. DEPARTMENT OF TREASURY.  Ct. App. Mich.  Certiorari denied.  ▮▮▮▮

No. 02–1336.  THOMASON ET AL. v. MONSANTO CO. ET AL. C. A. Fed. Cir.  Certiorari denied.  ▮▮▮▮

No. 02–1337.  VIAZIS v. AMERICAN ASSOCIATION OF ORTHODONTISTS ET AL.  C. A. 5th Cir.  Certiorari denied.  ▮▮▮▮

No. 02–1340.  FRIEDMAN v. SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ET AL.  Ct. App. Cal., 2d App. Dist. Certiorari denied.  ▮▮▮▮

No. 02–1347.  AUTODISC, INC. v. TALLEY ET AL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 02–1351.  LNC INVESTMENTS, INC., ET AL. v. FIRST FIDELITY BANK ET AL.  C. A. 2d Cir.  Certiorari denied.  ▮▮▮▮